Frederic Currie and Others, Appellants, v. George F. Vreeland, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on *Seligsberg* v. *Schepp* (79 App. Div. 626). Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ida Wallmer, Appellant, v. George W. Roberts and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. (Scott and Dowling, JJ., dissented.)

The People of the State of New York ex rel. Harry Segal, Appellant, v. James M. Morrow and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott Dowling and Hotchkiss, JJ.

Tillie Wacht, Respondent, v. Aaron Goodman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Lilla M. Baldwin, Appellant, v. American Finance and Securities Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William Giesener, Respondent, v. John F. McDonough, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Royal Typewriter Company, Respondent, v. R. D. Cortina Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Wong Wung.— Motion granted unless appellant complies with terms stated in order. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

J. Lawrence Davis and Another v. Josephine T. Doedy.—Motion granted unless appellant complies with terms stated in order. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Boemische Escompte Bank v. Otto C. Heinze. — Motion granted, with ten dollars costs. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Gustave Kowes v. John Catoir and Another.— Motion granted, with ten dollars costs. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of George W. Pratt.— Application granted. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.